UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60779-CIV-SMITH

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ANTHONY DAMIANO, *et al.*,

        Defendants.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Parties' Notice of Settlement [DE 51], indicating that Plaintiff's claims against Defendants have been settled in full. Upon consideration, it is hereby

ORDERED that

(1) The Parties shall file their Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 and the Parties' Joint Notice of Settlement on or before **December 27, 2022**. Failure to comply with this Order may result in the final dismissal of this case.

(2) Each party shall bear its own attorney's fees and cost.

(3) All pending motions are denied as moot.

(4) This case is **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 17th day of November 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record